UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DANIEL BLAKESLEY,<br><br>Petitioner,<br><br>v.<br><br>RAYTHEL FISHER, Warden,<br><br>Respondent.¹ | No.  2:20-cv-0567 AC P<br><br><br><br>ORDER |

     Petitioner, a state prisoner under the custody of the California Department of Corrections and Rehabilitation (CDCR), proceeds pro se with a petition for writ of habeas corpus filed pursuant to 28 U.S.C. § 2254.  By order filed March 20, 2020, the court directed petitioner to pay the filing fee ($5.00) or submit an application to proceed in forma pauperis.  See ECF No. 3; see also 28 U.S.C. §§ 1914(a), 1915(a).  In response, petitioner submitted an incomplete application to proceed in forma pauperis.  See ECF No. 6.  Petitioner will be provided an additional opportunity to submit the filing fee or a completed application to proceed in forma pauperis.

////

---

¹ A federal petition for writ of habeas corpus must name as respondent the state officer having custody of the petitioner.  See 28 U.S.C. § 2254; Rule 2(a) of the Rules Governing Section 2254 Cases in the United States District Courts; Smith v. Idaho, 392 F.3d 350, 354-55 (9th Cir. 2004); Stanley v. California Supreme Court, 21 F.3d 359, 360 (9th Cir. 1994).  Accordingly, Raythel Fisher, Warden of Valley State Prison, is substituted for the Sacramento County Superior Court as respondent herein.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall, within thirty (30) days after the filing date of this order, pay the filing fee to proceed with this case ($5.00), or submit a completed application to proceed in forma pauperis *on the form provided herewith*.

2. The Clerk of Court is directed to: (1) send petitioner a copy of the in forma pauperis application form used by prisoners in this district; (2) request from CDCR a copy of petitioner's prisoner trust account statement; and (3) on the docket, change the name of the respondent to Raythel Fisher, Warden of Valley State Prison (see n.1, supra).

3. Failure of petitioner to timely comply with this order will result in a recommendation that this action be dismissed without prejudice.

DATED: May 13, 2020

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE